UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOONSUNG KIM,

                Plaintiff,                          21 CIVIL 3552 (LJL)

       -against-                                  **JUDGMENT**

DIANE H. LEE, THE LAW OFFICES OF DIANE
H. LEE, P.C., THE KOREA CENTRAL DAILY
NEWS, INC. dba THE KOREA DAILY NEW
YORK, JOONG-ANG DAILY NEWS
CALIFORNIA, INC.,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 20, 2021, the motion to dismiss the complaint against the KCD Defendants is GRANTED and the complaint is dismissed without prejudice. The motion to dismiss the complaint against the Lee Defendants is GRANTED and the complaint as against the Lee Defendants is dismissed with prejudice. The Lee Defendants are not employers as a matter of law and any amendment of the complaint against them would be futile.

**Dated:**  New York, New York
           December 22, 2021

                                                               **RUBY J. KRAJICK**
                                                                Clerk of Court
                                            BY:
                                                                Deputy Clerk